PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 08 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Michael Tyrone Dority        Case Number:   0860 4:11CR00253-001

Name of Sentencing Judicial Officer:   Honorable Brian S. Miller
                                       Chief United States District Judge

Original Offense:   Possession With Intent to Distribute Cocaine Base

Date of Sentence:   October 18, 2012

Original Sentence:   75 months Bureau of Prisons followed by 48 months supervised release

Reduced:   November 25, 2014: 62 months Bureau of Prisons

Type of Supervision:   Term Of Supervised Release

Date Supervision Commenced:   May 20, 2016
Date Supervision Expires:   May 19, 2020

U. S. Probation Officer:   William P. Fennell
Asst. U.S. Attorney:   Patrick C. Harris
Defense Attorney:   Chris Tarver

---

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

## CAUSE

On May 23, 2016, the defendant attended an office meeting to address his behavior since his release on May 19, 2016. The defendant's ex-girlfriend reported that she had given a ride to the defendant upon his release from custody from her house to his father's residence. She reported that the defendant threatened to kill her and pushed her. She reported calling the police, but declining to file charges. The defendant denied threatening or assaulting Ms. Wells, but disclosed other issues during the course of the meeting. He reported receiving mental health treatment prior to his release from the residential re-entry center for anxiety and depression. He is currently prescribed psychoactive medications to address his ongoing mental health issues and is open to further treatment. The above modification will allow for continued treatment to help the defendant readjust to society

Case 4:11-cr-00253-BSM   Document 44   Filed 06/08/16   Page 2 of 2

Prob 12B                                    - 2 -                    Request for Modifying the
                                                                   Conditions or Term of Supervision
                                                                       With Consent of the Offender

Name of Offender:  Michael Tyrone Dority                Case Number:  0860 4:11CR00253-001

and avoid responding to social situations with violence. The defendant was afforded the opportunity to speak with counsel prior to signing his waiver of hearing.

_William Fennell_
William P. Fennell
U.S. Probation Officer

Date:  May 27, 2016

_Patrick Harris_
Patrick C. Harris
Assistant U.S. Attorney

Date: 5/31/16

Approved by:

_Jenny Davis_
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_BSM_
Signature of Judicial Officer

6-8-16
Date

c:  Assistant Federal Public Defender, Chris Tarver
    Assistant U.S. Attorney, Patrick C. Harris